IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02552-CMA-CBS

BANK OF COLORADO,
a Colorado corporation,

      Plaintiff,

v.

JAMES E. BERWICK,
an individual, and
LAS VEGAS SANDS, LLC,
a Nevada limited liability company,

      Defendants.

## ORDER

THIS MATTER IS before the court pursuant to D.C.COLOL.CivR 83.3, D.C.COLOL.CIVR. 5.6, and the Electronic Case Filing Procedures Section III.B.1. A review of the docket and file indicates that Attorney Kenneth T. Sullivan has entered an appearance in the above captioned matter but has not registered with the Court's Electronic Filing System. Accordingly,

IT IS ORDERED that on or before **February 27, 2010**, Mr. McKinney shall either (1) register for electronic filing (information as how to do so may be found on the Court's website at www.cod.uscourts.gov or by contacting the help desk at 303-335-2050) or (2) request permission to remain a paper filer in accordance with Electronic Case Filing Procedures Section II.

DATED at Denver, Colorado, this 19th day of January, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge