IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02552-CMA-CBS

BANK OF COLORADO,
a Colorado corporation,

    Plaintiff,

v.

JAMES E. BERWICK,
an individual, and
LAS VEGAS SANDS, LLC,
a Nevada limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Berwick's Motion to Amend Answer to Assert Counterclaim (*doc. # 36*) is GRANTED. Defendant Berwick's tendered "Amended Answer to Complalint [sic], Counterclaim and Jury Demand" (*doc no. 36-1*) is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Defendant Berwick's Motion to File Third Party Complaint (*doc. # 37*) is GRANTED. Defendant Berwick's tendered "Third Party Complaint" (*doc. # 37-1*) is accepted for filing as of the date of this order.

**DATED:**    April 7, 2010