# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-02552-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 4, 2010 | Courtroom Deputy: Kathleen Finney |

BANK OF COLORADO,                                   Brent Ross Cohen

    Plaintiff/Counter Defendant,

v.

JAMES E. BERWICK, et al.,                       Richard Kevin Rufner
    Defendant/Cross Defendant,

LAS VEGAS SANDS, LLC,                         Louis A.J. Rubino

    Defendant/Cross Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in session:** 10:36 a.m.
Court calls case. Appearances of counsel.

This hearing is called to discuss Plaintiff 's Unopposed Motion to Modify Scheduling Order [Doc. No. 39, filed 4/7/2010].

For reasons stated on the record,

**It is ORDERED:**      Plaintiff's Unopposed Motion to Modify Scheduling Order [No. 39] is **DENIED** as premature.

**It is ORDERED:**      Discovery is **STAYED** as to all depositions and all expert discovery. Current parties in this action may proceed with written discovery they believe is appropriate.

**It is ORDERED:**      Scheduling/Status Conference is set **JUNE 24, 2010 at 10:00 a.m.**

HEARING CONCLUDED.
**Court in recess:**      10:56 a.m.
Total time in court:      00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.