**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02552-CMA-CBS

BANK OF COLORADO, a Colorado corporation,

    Plaintiff,

v.

JAMES E. BERWICK, an individual, and
LAS VEGAS SANDS, LLC, a Nevada limited liability company,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulated Motion to Dismiss (Doc. # 98), the Court being fully advised, hereby GRANTS the Stipulated Motion. Defendant Berwick's claims against Ron Bryant and James Kalhorn are DISMISSED WITHOUT PREJUDICE, and all remaining claims asserted in the case are DISMISSED WITH PREJUDICE, all parties to bear his or its own attorney's fees and costs.

    DATED:  May __18__, 2011

                                                                BY THE COURT:

                                                                CHRISTINE M. ARGUELLO
                                                                United States District Judge